## IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ALBERTO PACHECO QUINONES
DAISY DE JESUS RIVERA

Bkrtcy. No. 11-03946-MCF

Chapter 13

### STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: May 10, 2011
Meeting Date: Jun 13, 2011
DC Track No. 15

Days from petition date: 34
Meeting Time: 11:00 AM

910 Days before Petition: 11/11/2008
☐ Chapter 13 Plan Date: May 06, 2011 Dkt.# 2
☐ Amended.

This is debtor(s) 1st Bankruptcy petition.
Plan Base: $66,704.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Jul 22, 2011   Time: 1:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No.   Date   Amount
Total Paid In: $726.00

**I. Appearances:** ☐ Telephone ☐ Video Conference
- ☒ Debtor Present    ☒ ID & Soc. OK    ☐ Debtor Absent
- ☒ Joint Debtor Present    ☒ ID & Soc. OK    ☐ Joint Debtor Absent
- Debtor(s) was/were ☐ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☐ Present ☐ Not Present
- ☐ Substitute attorney: Teresa Lube    ☐ Pro-se.

☒ Creditor(s) present: ☐ None.
Paiva - General Electric
Melchor - F. Bank

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: LUBE & SOTO LAW OFFICES*
Total Agreed: $3,000.00   Paid Pre-Petition: $350.00   Outstanding: $2,650.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.   Liquidation Value: $58,519.00 TBD
Commitment Period is ☒ 36 ☐ 60 months. [§1325(b)(1)(B)]   Gen. Unsecured Pool: —

96.44% The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: July 11, 2011 at 1:00 pm

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)]   ☒ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
Debtor must submit copy of lease agreement.

Debtors refinance property and obtained $21,000.00. They refinanced the property in July 2010. They testified they paid the money received to a person named Erick

/s/ José R. Carrión
Trustee   Presiding Officer   Page 1 of 3   Date: Jun 13, 2011

**ADDITIONAL OBJECTIONS / COMMENTS:**

Debtor must submit a copy of the appraisal of the property located at Obdulia Ward, Santa Isabel.

The plan contemplates a step up after the maturity date of the vehicle refinanced by First Leasing.

Debtors will review the Plan to determine if they wants to amend it to eliminate the payment 100% + 6% to unsecured claims because they think is not necessary.
The claimed amounts in the Claim Register exceeds the liquidation value.

The Trustee will verify comparable sales of property located at
and will inform if an appraisal is necessary.

This hearing will be continue because the Trustee need to evaluate what Debtor do with the $2,000.00 received with the financing of their residential property. Therefore, Debtors must provide to the Trustee:
① Evidence of the money received as a result of the refinance.
② Deed of Sale of piece of land located at Obdulia Ward, Santa Isabel. Deed of transfer of said lot from purchaser to Debtors
③ Evidence of payment to purchaser (Erick)
Debtor testified they sold a property but the purchaser requested the return of the money paid. Thus, they refinanced

Trustee / Presiding Officer   Page 2 of 3   Date: June 13, 2011

**ADDITIONAL OBJECTIONS / COMMENTS:**

their residential property to the purchaser. They did not remember the person name. They believe his first name is Erick.

Trustee / Presiding Officer

Page 3 of 3    Date: June 13, 2011